FAVA v. BIENENZUCHT et al. (Supreme Court, Appellate Division, First Department

April 13, 1911.) Action by Bridget Fava, as administratrix, against Samuel Bienenzucht and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.